The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALPHONSA CHANDLER; NICHOLAS GORE; BRENT MERITY; and ERIC VAUGHAN, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL MARINE AND INDUSTRIAL APPLICATORS, LLC, a Florida Corporation,<br><br>Defendant. | No. 2:22-cv-00339<br><br>STIPULATION AND ORDER ON BRIEFING SCHEDULE FOR COLLECTIVE CERTIFICATION MOTION |

## STIPULATION

Given the complexity required of a Motion for Collective Certification, the parties, by and through their counsel, stipulate and jointly request that the Court enter the Proposed Order below approving the following briefing schedule and page limit extensions:

- **July 1, 2022**: Plaintiffs to file a motion for collective action certification.
- **August 1, 2022**: Defendant to file opposition to collective action certification.
- **August 16, 2022**: Plaintiffs to file a reply in support of collective action certification.

The parties further agree that they will follow Local Rule 7(e)(3) with regard to page limits on their collective certification briefing, which provides for 24 pages for Plaintiffs' Motion and for Defendant's Opposition, and 12 pages for Plaintiffs' Reply.

STIPULATION AND ORDER ON BRIEFING SCHEDULE FOR
COLLECTIVE CERTIFICATION MOTION
(2:22-cv-00339) - 1
4859-0678-7877v.1 0109584-000010

Should discovery require unanticipated Court intervention, or otherwise be delayed despite due diligence, the parties will discuss in good faith amendments to the above dates as may become necessary.

It is so stipulated and presented by the following counsel this 13th day of June, 2022.

| | |
|---|---|
| **REKHI & WOLK, P.S.**<br>*Attorneys for Plaintiffs*<br><br>By */s/ Hardeep S. Rekhi*<br>Hardeep S. Rekhi, WSBA #34579<br>Gregory A. Wolk, WSBA #28946<br>Jennifer T. Song, WSBA #39801<br>529 Warren Avenue N, Suite 201<br>Seattle, WA 98109<br>Email: hardeep@rekhiwolk.com<br>Email: greg@rekhiwolk.com<br>Email: jennifer@rekhiwolk.com | **DAVIS WRIGHT TREMAINE LLP**<br>*Attorneys for Defendant*<br><br>By */s/ Melissa Mordy*<br>Melissa Mordy, WSBA #41879<br>Kate Tylee Herz, WSBA #40640<br>929 180th Avenue, Suite 1500<br>Bellevue, WA 98004-4786<br>Telephone: 425.646.6100<br>Fax: 425.646.6199<br>Email: missymordy@dwt.com<br>Email: katetyleeherz@dwt.com |
| **TERRELL MARSHALL LAW GROUP PLLC**<br>*Attorneys for Plaintiffs*<br><br>By */s/ Erika L. Nusser*<br>Toby J. Marshall, WSBA #32726<br>Erika L. Nusser, WSBA #40854<br>936 North 34th Street, Suite 330<br>Seattle, WA 98103<br>Email: tmarshall@terrellmarshall.com<br>Email: enusser@terrellmarshall.com | **DAVIS WRIGHT TREMAINE LLP**<br>*Attorneys for Defendant*<br><br>By */s/ Katie Loberstein*<br>Katie Loberstein, WSBA #51091<br>Scott Prange, WSBA #53980<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Telephone: 206.622.3150<br>Fax: 206.757.7700<br>Email: katieloberstein@dwt.com<br>Email: scottprange@dwt.com |

## ORDER

The Court has considered and approves the parties' stipulation. IT IS SO ORDERED.

DATED this 14th day of June, 2022.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge