The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALPHONSA CHANDLER; NICHOLAS GORE; BRENT MERITY; and ERIC VAUGHAN, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL MARINE AND INDUSTRIAL APPLICATORS, LLC, a Florida Corporation,<br><br>Defendant. | No. 2:22-cv-00339<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION** |

THIS MATTER came before the Court on Plaintiffs' Motion for Conditional Certification. Prior to ruling, the Court considered the following:

1. Plaintiffs' Motion for Conditional Certification;

2. Declaration of Hardeep Rekhi in support of Plaintiffs' Motion for Conditional Certification;

3. Declaration of Alphonsa Chandler;

4. Declaration of Nicholas Gore;

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION
CASE NO.: 2:22-cv-00339 - 1

**Rekhi & Wolk, P.S.**
529 Warren Ave N., Suite 201
Seattle, WA 98109
Phone: (206) 388-5887
Facsimile: (206) 577-3924

5. Declaration of Brent Merity;

6. Declaration of Eric Vaughan;

7. Defendant's Response;

8. Plaintiffs' Reply;

9. _____; and

10. _____.

Based on the foregoing, it is HEREBY ORDERED that Plaintiffs' Motion for Conditional certification is GRANTED.

IT IS SO ORDERED.

DATED this \_\_\_\_\_ day of _____, 2022.

THE HONORABLE BARBARA J. ROTHSTEIN

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR CONDITIONAL CERTIFICATION
CASE NO.: 2:22-cv-00339 - 2

**Rekhi & Wolk, P.S.**
529 Warren Ave N., Suite 201
Seattle, WA 98109
Phone: (206) 388-5887
Facsimile: (206) 577-3924