The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALPHONSA CHANDLER; NICHOLAS GORE; BRENT MERITY; and ERIC VAUGHAN, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL MARINE AND INDUSTRIAL APPLICATORS, LLC, a Florida Corporation,<br><br>Defendant. | No. 2:22-cv-00339<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL** |

The above-titled matter came before this Court upon Plaintiffs' Motion for Final Approval of a Class Action and FLSA Collective Settlement Agreement. The proposed Settlement Agreement was preliminarily approved by this Court on March 20, 2023. Pursuant to the Court's Preliminary Approval of Settlement Order, the Court conducted a final fairness hearing on June 5, 2023. Based upon the memoranda, exhibits, and all the files and proceedings herein, the Court makes the following:

ORDER GRANTING PLAINTIFFS' MOTION
FOR FINAL APPROVAL
Case No.: 2:22-cv-00339 - 1

**Rekhi & Wolk, P.S.**
529 Warren Ave N., Suite 201
Seattle, WA  98109
Phone: (206) 388-5887
Facsimile: (206) 577-3924

## ORDER

1. Plaintiffs' Motion for Final Approval is **GRANTED**.

2. The parties' Settlement Agreement is approved as fair, reasonable, and adequate as to the members of the FLSA Collective and Rule 23 Washington State Law Settlement Class.

3. The Notices of Settlement approved by the Court were disseminated by U.S. Mail to the last known address of each of the Plaintiffs and Settlement Class and Collective Members. The Notices adequately described all the relevant and necessary aspects of the proposed Settlement, the request for service payments to the Named Plaintiffs, and Class Counsel's motion for an award of attorneys' fees and costs.

4. The Court finds that the Notices given to the Settlement Class and Collective Members fully complied with Fed. R. Civ. Proc. Rule 23, the FLSA, and were the best notices practicable, and satisfied all constitutional due process concerns.

5. The payments out of the Gross Settlement Amount shall be disbursed in accordance with the Settlement Agreement, including the payments to the settlement administrator, the service payments to the Named Plaintiffs, and attorneys' fees and costs, which the Court find to be reasonable.

6. This case is hereby DISMISSED WITH PREJUDICE, with each party to bear his, her, or its own costs, except as set forth herein, and with this Court retaining exclusive jurisdiction to enforce the Settlement Agreement, including over disbursement of the Settlement proceeds.

7. As provided in the Settlement Agreement, all Rule 23 settlement class members who do not return an FLSA Opt-in and Release of Claims Form and do not opt-out of the Settlement will be bound only by the release of Washington State law claims asserted in Plaintiffs' operative complaint.

8. The Court hereby enters Judgment approving the terms of the Settlement. This Order shall constitute a final judgment for purposes of Fed. R. Civ. P. 58.

ORDER GRANTING PLAINTIFFS' MOTION
FOR FINAL APPROVAL
Case No.: 2:22-cv-00339 - 2

**Rekhi & Wolk, P.S.**
529 Warren Ave N., Suite 201
Seattle, WA  98109
Phone: (206) 388-5887
Facsimile: (206) 577-3924

IT IS SO ORDERED.

DATED this 5th day of June, 2023.



THE HONORABLE BARBARA J. ROTHSTEIN

ORDER GRANTING PLAINTIFFS' MOTION
FOR FINAL APPROVAL
Case No.: 2:22-cv-00339 - 3

**Rekhi & Wolk, P.S.**
529 Warren Ave N., Suite 201
Seattle, WA  98109
Phone: (206) 388-5887
Facsimile: (206) 577-3924